# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEFFREY SWIFT,

                Plaintiff,

  v.

ICICLE SEAFOODS, INC AND ICICLE VESSEL HOLDING, INC,

                Defendants.

No. 2:16-cv-1483-RSM

**STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY AND RELATED DEADLINES**

## I. MOTION

Subject to the Court's approval, Plaintiff Jeffrey Swift and Defendants Icicle Seafoods, Inc. and Icicle Vessel Holding, Inc., by and through their undersigned counsel, hereby stipulate to the continuance of the (1) deadline to disclose expert testimony and (2) deadline to note all discovery-related motions, established by this Court's Order Setting Trial Date and Related Dates (ECF No. 11). The Parties do not seek a continuance of the December 11, 2017 trial date or any other pre-trial deadlines at this time.

## II. STIPULATION

1. This is a seaman's personal injury action for injuries allegedly sustained by Plaintiff Jeffrey Swift while employed by Icicle Seafoods, Inc. and in service of the vessel P/V R.M. THORSTENSEN.

{28381-00308551;2}
STIPULATED MOTION AND ORDER TO
CONTINUE DISCOVERY AND RELATED DEADLINES – Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

2. The Parties have worked in good faith to complete discovery and have diligently pursued discovery. The Parties have propounded multiple sets of written discovery requests and together produced over 900 pages of documents. On April 10, 2017, Plaintiff underwent medical examinations performed by medical experts of both Parties. Defendants deposed Plaintiff on April 12, 2017.

3. The Parties have discussed the possibility of deposing additional crewmembers of the P/V R.M. THORSTENSEN and conducting an inspection of the vessel. These discovery items have been tentatively scheduled for June 2017.

4. The Parties stipulate to the continuance of the deadline to disclose expert testimony from June 14, 2017 to July 14, 2017, and the deadline to note discovery-related motions from July 14, 2017 to August 11, 2017.

5. The continuance of these deadlines will permit the Parties to complete several critical areas of fact discovery so they can evaluate the possibilities of settlement, mediation, or other ADR methods before incurring significant additional litigation costs associated with expert discovery and completing other areas of fact discovery.

6. The Parties have not requested a previous continuance.

7. The Parties do not request a continuance of the December 11, 2017 trial date or any other pre-trial deadlines set forth in the Court's Order Setting Trial Date and Related Dates (ECF No. 11) at this time.

8. Subject to the Court's approval, the Parties propose the following amended case schedule:

{28381-00308551;2}
STIPULATED MOTION AND ORDER TO
CONTINUE DISCOVERY AND RELATED DEADLINES – Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| TRIAL DATE | December 11, 2017 | December 11, 2017 |
| Disclosure of expert testimony under FRCP 26(a)(2) | **June 14, 2017** | **July 14, 2017** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR 7(d)(3) or CR 7(a)(2)(B) | **July 14, 2017** | **August 11, 2017** |
| Discovery completed by | August 14, 2017 | August 14, 2017 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3)) | September 12, 2017 | September 12, 2017 |
| Mediation per CR 39.1(c)(3), **if requested by the parties**, held no later than | October 27, 2017 | October 27, 2017 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the THIRD Friday thereafter | November 13, 2017 | November 13, 2017 |
| Agreed pretrial order | November 29, 2017 | November 29, 2017 |
| Pretrial conference to be scheduled by the Court | November 29, 2017 | November 29, 2017 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | December 6, 2017 | December 6, 2017 |

DATED this 9th day of May, 2017.

//

//

//

//

{28381-00308551;2}
STIPULATED MOTION AND ORDER TO
CONTINUE DISCOVERY AND RELATED DEADLINES – Page 3

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| | | |
|---|---|---|
| 1 | O'BRYAN BAUN KARAMANIAN | LE GROS, BUCHANAN & PAUL |
| 2 | By: *s/Gary W.M. Baun* | By: *s/David C. Bratz* |
| 3 | GARY W.M. BAUN | By: s/*Daniel J. Park* |
| 4 | 401 South Old Woodward Ave., Suite 463<br>Birmingham, MI 48009 | DAVID C. BRATZ, WSBA #15235 |
| 5 | Telephone: 248-258-6262<br>Facsimile: 248-258-6047 | DANIEL J. PARK, WSBA #43748<br>4025 Delridge Way SW, Suite 500 |
| 6 | Email: gbaun@obryanlaw.net | Seattle, WA 98106<br>Telephone: 206-623-4990 |
| 7 | Attorneys for Plaintiff | Facsimile: 206-467-4828<br>Email: dbratz@legros.com |
| 8 | DAVIS LAW GROUP, P.S. | Email: dpark@legros.com |
| 9 | By: *s/Christopher M. Davis* | Attorneys for Defendants |
| 10 | CHRISTOPHER M. DAVIS, WSBA #23234 | |
| 11 | 2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121 | |
| 12 | Telephone: 206-727-4000<br>Facsimile: 206-727-4001 | |
| 13 | Email: chris@injurytriallawyer.com | |
| 14 | Attorneys for Plaintiff | |

## ORDER

Pursuant to the Parties' Stipulated Motion, the deadline to disclose expert testimony under FRCP 26(a)(2) is continued to July 14, 2017, and the deadline to note all motions related to discovery is continued to August 11, 2017.

IT IS SO ORDERED.

///

///

///

{28381-00308551;2}
STIPULATED MOTION AND ORDER TO
CONTINUE DISCOVERY AND RELATED DEADLINES – Page 4

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1    DATED this 10th day of May, 2017.

                                    _____
                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE

{28381-00308551;2}
STIPULATED MOTION AND ORDER TO
CONTINUE DISCOVERY AND RELATED DEADLINES – Page 5

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990