**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JEFFREY SWIFT,<br><br>        Plaintiff,<br><br> v.<br><br>ICICLE SEAFOODS, INC AND ICICLE VESSEL HOLDING, INC,<br><br>        Defendants. | No. 2:16-cv-1483-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Pursuant to FRCP 41, Plaintiff Jeffrey Swift and Defendants Icicle Seafoods, Inc. and Icicle Vessel Holding, Inc., stipulate that Plaintiff's claims against Defendants have been fully settled and should be dismissed with prejudice, each party to bear their own costs and attorney's fees.

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – Page 1

Le Gros Buchanan & Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 1st day of August, 2017.

| | |
|---|---|
| O'BRYAN BAUN KARAMANIAN | LE GROS, BUCHANAN & PAUL |
| By: *s/Gary W.M. Baun* | By: *s/David C. Bratz* |
| | By: *s/Daniel J. Park* |
| GARY W.M. BAUN<br>401 South Old Woodward Ave., Suite 463<br>Birmingham, MI 48009<br>Telephone: 248-258-6262<br>Facsimile: 248-258-6047<br>Email: gbaun@obryanlaw.net | DAVID C. BRATZ, WSBA #15235<br>DANIEL J. PARK, WSBA #43748<br>4025 Delridge Way SW, Suite 500<br>Seattle, WA 98106<br>Telephone: 206-623-4990<br>Facsimile: 206-467-4828<br>Email: dbratz@legros.com<br>Email: dpark@legros.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

DAVIS LAW GROUP, P.S.

By: *s/Christopher M. Davis*

CHRISTOPHER M. DAVIS, WSBA #23234
2101 Fourth Ave., Suite 1030
Seattle, WA 98121
Telephone: 206-727-4000
Facsimile: 206-727-4001
Email: chris@injurytriallawyer.com

Attorneys for Plaintiff

## **ORDER**

It is so ORDERED that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 3rd day of August, 2017.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
– Page 3

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990